IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAURICE CHRISTOPHER HALL,

    Petitioner,

v.

REED RICHARDSON,

    Respondent.

ORDER

Case No. 20-cv-687-wmc

On July 27, 2020, I entered an order denying petitioner Maurice Christopher Hall's motion for leave to proceed in forma pauperis in the above case. Dkt. 4. Now petitioner has submitted a letter along with documentation indicating petitioner currently does not have enough funds in his inmate regular account to pay the $5.00 filing fee. Dkt. 5. I'll construe petitioner's letter as a motion to reconsider my July 27 order.

Having reconsidered petitioner's affidavit of indigency and his supporting documentation, I find that petitioner is unable to prepay the fees of commencing this action or to post security therefor. Accordingly, I will grant petitioner's motion for reconsideration and request for leave to proceed *in forma pauperis*.

ORDER

IT IS ORDERED that petitioner Maurice Christopher Hall's motion for reconsideration and request for leave to proceed without prepayment of the filing fee, dkt. 5, is GRANTED.

Entered this 4th day of August, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge