IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAURICE HALL,

    Petitioner,

v.

                                                                                                          Case No.  20-cv-687-wmc

REED RICHARDSON, Warden,
Stanley Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Maurice Hall's petition for a writ of habeas corpus under 28 U.S.C. § 2254 with prejudice.

  /s/                                                                       8/17/2021
Peter Oppeneer, Clerk of Court                          Date